IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA RYAN MURPHY, ADC # 760343                                                          PLAINTIFF

v.                                        1:16CV00007-DPM-JJV

NUNLEY, Nurse,
McPherson Unit; *et al.*                                                                DEFENDANTS

**ORDER**

Having reviewed Plaintiff's Amended Complaint (Doc. No. 9) for screening purposes,[1] the Court concludes service is appropriate for Defendants Nunley, Hall, Baumgardner, and Lad. Plaintiff has not provided first names for any of these Defendants. Nevertheless, service will be attempted based on their last names and job titles.[2] Each is a nurse at the Arkansas Department of Correction McPherson Unit.

IT IS, THEREFORE, ORDERED that the Clerk of Court shall prepare Summons for these Defendants and the United States Marshal shall serve a copy of the Amended Complaint (Doc. No. 9), Summons, and this Order on them without prepayment fees or costs or security therefore. Service for each of these Defendants should be through Humphries, Odum and Eubanks Law Firm, P.O. Box 20670, White Hall, AR 71612.

DATED this 18th day of March, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).

[2] If these summons are rejected for lack of identifying information, the burden shall fall to Plaintiff to provide full names for these Defendants.

2

2