IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA RYAN MURPHY,
ADC #760343                                                                PLAINTIFF

v.                         No. 1:16-cv-7-DPM-JJV

NUNLEY, Nurse,
McPherson Unit, ADC, *et al.*                                              DEFENDANTS

ORDER

1. On *de novo* review, the Court adopts the recommendation with one clarification, № 13, and overrules Murphy's objections, № 17. FED. R. CIV. P. 72(b)(3). The clarification: there are two Defendants Richardson mentioned in the amended complaint—Cassy Richardson and Lieutenant M. Richardson. But Magistrate Judge Volpe's analysis applies equally to both. № 13 at 4.

2. Murphy's false-disciplinary claim is dismissed without prejudice. Because of her status as a three-striker, Murphy must pay the $400 filing and administrative fees if she wants to pursue this claim.

3. Murphy's remaining claims against Banks, Culclager, Engler, Clark, Lassiter, Corizon Medical Services, Fauster, Hutchinson, Warshaw, Hughes, Bledso, Biaca, Dixon, Morin, Williams, Wayland, Reid, M. Richardson, Cassy

Richardson, Akien, Johnson, Dykes, Pritchard, Golden, Kelley, Payne, Ayers, Ming, and Dunavion are dismissed without prejudice for failure to state a claim.

    4. An *in forma pauperis* appeal from this Order will not be taken in good faith.

    So Ordered.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 April 2016